**FILED**

JUL 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

1 | Your Name Bobby C. Richardson Pro Se

2 | Address P.O. 34

3 | City, State, Zip Code Benicia CA 94510

4 | Telephone Number 510-682-3439

5 |

6 | IN THE UNITED STATES DISTRICT COURT

7 | EASTERN DISTRICT OF CALIFORNIA

8 | Your Name,

9 | Plaintiff, Bobby C. Richardson Pro Se

10 | vs. No. 2:12CV 1931 GEB GGH (PS)

11 | Defendants in the Complaint,

12 | Defendant(s). **COMPLAINT**

13 | Benicia Police Dept,

14 | A civil complaint can be typed or printed by hand. Your complaint must be

15 | legible and clearly stated, so that it is easily understood. Clearly set out your grievance,

16 | against whom and what you would like the court to do to correct the situation. The

17 | format of a civil complaint is clearly outlined in the Federal Rules of Civil Procedure.

18 | You may add additional pages on numbered pleading paper as necessary. Please refer

19 | to Federal Rule of Civil Procedure 10.

20 | You must sign your complaint.

21 |

22 | Sample Format for Pro Se Litigants

23 |

24 |

25 |

26 | Attachment 1

Bobby C. Richardson., Pro Se

## COMPLAINT

I am filing this case in Federal Court because Benicia Police has in the past violated my 8th Amendment rights against cruel and un-usual punishment and recently violated my 4th Amendment Rights on July 5th, 2012. An like Peter Knowles, whom just last year settled a case with uncanny resemblance; I am seeking reparations for the pain and suffering they have caused me by constantly violating my rights as a United States of America, Citizen.

T he first first violation was of my 8th amendment rights which happen on December 30, 2009, while walking home from a bar after having only one beer. Benicia Police Department ambushed me at Starbucks Coffee in Benicia around dark; which was about 4:30pm or 5:00pm during that time of the year. Not only did they lay in waiting to ambush me, they also falsely arrested me. They scared the wits out of me by driving me to an un-disclosed area at night after falsely arresting me. They drove me to a wooded area and left me in the car and stood in front of car with headlights on. They eventually took me out of car and that's when I un-successfully tried to run for fear of my life, being a Southern born Black man this drive in the dark woods brought back memories of stories my grandfather would tell me about the old Jim Crow days. Once they got me to this unknown, to me, wooded area they commence to drag me from the car. Once I got my feet on the ground I took a couple of un-sucessful steps to run. I only got two steps away when they grabbed me and started laughing hilariously about it. They then put me in another car and drove me to Fairfield Jail. I got out the next day and met my court dates where I was founded innocent.

Fast forward to July 4th, 2012; my estranged and bi-polar wife and mother of my kids invites me to come over to see the fire works. I go over only to find her coming downstairs screaming as I open the door, yelling "do you have any money". She then picks up keys and throws them at me and I retrieve them from door way and tossed them onto the upstairs steps to her. She commences to run up stairs yelling, I am going to call the police. I immediately leave because I am innocent of any domestic abuse but I still don't want any police action. I walk down hill without any incident at all to see fireworks by myself, Of course I was upset because I am sick an tired of my bi-polar wife jeopardizing my freedom and my relationship with my kids. Anyway to make a long story short; some one calls me to tell me that the Benicia Police was looking for me. I had made up my mind to go to the police station tomorrow morning to address this matter but only after a good night sleep. After watching the fire works by myself I made my way home where I was still shaken by the thought of my wife doing this to me again. I get to my house and immediately walk through my back yard so as not to be noticed by my room-mates. Great, no one noticed me, so I open my slide door and take a well need rest. I awake around elevenish and walk int my landlord bedroom and commences to tell him what my wife did. I told him if some one comes looking for me, anyone, I am not home. Low and behold a few minutes after I said that; the bell rang. I walk back toward my room and go into my bedroom and shut the door. I hear two voices asking my landlord "is Bobby Richardson" here. My landlord says know but the two Officers, Greg Harris and Chris Bidou(the brother of Benicia Police Chief Andrew Bidou and the Brother -in-Law of Johnny Cateras, a.k.a, "Johnny G" of the in-famous rogue group of police officers' called riders, that terrorized the Black community of Oakland around about the year of 2004. Anyway, they pushed through the door, almost pushing my little landlord to the ground. They ran through to my room where I had gone nervously gone outside by the Garage. They came to the Garage area where they found me and drew down on me; and Chris Bidou told me to put my hands up in the air. Needless to say I did and they walked me back through the house and took me outside. They get me outside and start talking to me and ask me if I threw keys at my wife. I replied no and then Greg Harris asked me if I had been drinking. I replied, I just opened a beer and had one of two sips. Right then is when Officer Harris said "ok, you're under arrest" I pleaded with a crying voice, "sir please don't take me to jail, but to avail. I ended up in jail that night with a misdemeanor domestic violence charge.

I was bailed out the next morning by my landlord. He later told me that Chris Bidou told him that he knew I was in the house because they had been peeping threw the window and surveilancing the house. I now know that must have been true because that night I remember seeing my whole neighborhood swarming with cop cars blocking every block.

I am seeking damages from the Benicia Police Department for violating my Eight and fourth Amendment Rights of the Constitution of The United States of America. And like Peter Knowles, who last year was awarded $650.000 for almost the exact thing they did to him. I am asking for $650.000 and a Review Board to oversee the Benicia Police Department actions until such time is deemed that they can behave as though they are in the Democratic Republic of America and not the repressive regimes of North Korea and Libya.

Thank you Very Much:
Bobby C. Richardson
Pro Se

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

PObox34
Benicia 94510
Sacramento Eastern District of California

Bobby C. Richardson Pro Se
*Plaintiff*

v.

Benicia CA, Police Department
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

/ Benicia Police Department
200 East L. Street
Benicia, CA 94510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PObox 34
Benicia eA
94510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Attachment 3

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

### for the

PO box 34
Benicia, CA           Sacramento Eastern District of California

Bobby C. Richardson ProSe
*Plaintiff*
)
)
)
v.
)                     Civil Action No.
Benicia CA Police Department )
*Defendant*
)

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Benicia Police Department
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

Attachment 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

PO box 34
Benicia        Sacramento Eastern _____ District of _California_

Bobby C. Richardson' Pro Se
_____
_Plaintiff_

))))

v.

Benicia CA Police Dept
_____
_Defendant_

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: Bobby C. Richardson Pro Se
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
_Printed name of party waiving service of summons_

_____
_Signature of the attorney or unrepresented party_

_____
_Printed name_

_____
_Address_

_____
_E-mail address_

_____
_Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Attachment 6

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The City of Benida /BPD

was received by me on *(date)*   7-19-2022 .

☑ I personally served the summons on the individual at *(place)* 250 E. L. Street
Benicia  CA  94810          on *(date)* 7-19-2012; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathi Molinar, Legal Techni, who is
designated by law to accept service of process on behalf of *(name of organization)* City of Benicia
of California          on *(date)* 7-19-2012; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____

My fees are $   ⌀   for travel and $   ⌀   for services, for a total of $   ⌀   .

I declare under penalty of perjury that this information is true.

Date: 7-19-2012          x _____
                                    *Server's signature*

                         x  Sleh  Yahmadi
                                    *Printed name and title*

                         x 70 Wingfield Way Benicia CA 9451(
                                    *Server's address*

Additional information regarding attempted service, etc: