1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   BOBBY C. RICHARDSON,

10              Plaintiff,                    No. 2:12-cv-1931 GEB AC PS

11         vs.

12
    BENICIA POLICE DEP'T,
13
                Defendant.                   ORDER TO SHOW CAUSE
14
    _____/
15

16              On September 20, 2012, plaintiff was ordered to supply the U.S. Marshal

17  information needed to effect service of process and to file a statement with the court that said

18  documents have been submitted.  Plaintiff has not complied with the court order.

19              Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in

20  writing on or before March 27, 2013 why this action should not be dismissed pursuant to Federal

21  Rule of Civil Procedure 41(b).

22  DATED: March 12, 2013.

23

24  _____
    ALLISON CLAIRE
25  UNITED STATES MAGISTRATE JUDGE

26  /mb;rich1931.osc

                                    1