IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY C. RICHARDSON,

    Plaintiff,                    No. 2:12-cv-1931 GEB AC PS

  vs.

BENICIA POLICE DEP'T,

    Defendant.               ORDER TO SHOW CAUSE

_____/

        On September 20, 2012, plaintiff was ordered to supply the U.S. Marshal information needed to effect service of process and to file a statement with the court that said documents have been submitted. Plaintiff has not complied with the court order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing on or before March 27, 2013 why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 12, 2013.

                                                                  /s/ Allison Claire  
                                                                  ALLISON CLAIRE  
                                                                  UNITED STATES MAGISTRATE JUDGE

/mb;rich1931.osc