IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY C. RICHARDSON,

    Plaintiff,   No. 2:12-cv-1931 GEB AC PS

    vs.

BENICIA POLICE DEP'T,

    Defendant.   ORDER
_____/

On March 12, 2013, the court ordered plaintiff to show cause in writing why this action should not be dismissed for his failure to submit documents to the United States Marshal for service of process. See ECF No. 13. Plaintiff has submitted a response to the order to show cause. Although not a satisfactory response, the order to show cause will be vacated because it appears that plaintiff has attempted to comply with the court's September 20, 2012 order for service. In that order the court anticipated that, to effect service, the United States Marshal would need the following documents: a USM-285 form, a completed summons, two copies of the operative pleading, a copy of the court's status order, or a copy of the September 20, 2012 order. Plaintiff has filed only the USM-285 form. See ECF No. 11 at 5. This single document, however, is insufficient to effect service. Plaintiff also failed to file a statement of compliance as

1

required by the court's September 20, 2012 order.  See ECF No. 7 at 2 ("Plaintiff is directed to supply the U.S. Marshal . . . all information needed by the Marshal to effect service of process, and *shall file a statement with the court that said documents have been submitted to the United States Marshal*.").  (Emphasis in original.)  Plaintiff will therefore be granted a second opportunity to submit all necessary documents to the United States Marshal.  Should plaintiff fail to comply with the following order in any manner, the undersigned will recommend that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED:

1. The March 12, 2013 order to show cause is vacated;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order;

3. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall file a statement with the court that said documents have been submitted to the United States Marshal.  The court again anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant;

   c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

   d. One copy of this court's status order for each defendant; and

   e. One copy of the instant order for each defendant.

4. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

1      5. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

DATED: May 13, 2013.

                              */s/ Allison Claire*  
                              ALLISON CLAIRE  
                              UNITED STATES MAGISTRATE JUDGE

/mb;rich1931.jo