UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY C. RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>BENICIA POLICE DEPARTMENT,<br><br>Defendant. | No. 2:12-cv-1931 GEB AC PS<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On October 8, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 8, 2013, are adopted in full;

2. Defendant's June 12, 2013 motion to dismiss (ECF No. 20) is granted in part;

3. Plaintiff's complaint is dismissed; and

1

4. Plaintiff is granted thirty days from the date of this order to file and serve an amended complaint.

Dated:  November 1, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge