UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY C. RICHARDSON,<br><br>             Plaintiff,<br><br>     v.<br><br>BENICIA POLICE DEP'T, ET AL,<br><br>             Defendants. | No.  2:12-cv-1931 GEB AC PS<br><br><br><br>ORDER |

   Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

   On April 11, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed April 11, 2014, are adopted in full;

   2. Defendant's January 10, 2014 motion to dismiss (ECF No. 36) is granted;

   3. All claims against the Benicia Police Department are dismissed without leave to amend


and this defendant is dismissed entirely from this action;

    4.  Plaintiff's state law claims are dismissed without leave to amend as to all defendants; and

    5.  Plaintiff is allowed to proceed only as to his Fourth Amendment claims against the officers in their individual capacities.

Dated: May 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge