UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY C. RICHARDSON, | No. 2:12-cv-01931-GEB-AC |
| Plaintiff, | |
| v. | ORDER |
| SAM PETERSON, et al., | |
| Defendants. | |

Pending before the court is pro se plaintiff's request for electronic document submission.[1] ECF No. 78.  Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned Judge or Magistrate Judge grants leave to utilize electronic filing.  Local Rule 133(a) & (b)(2).  A request to use electronic filing as an exception to the rule may be made as a written motion setting out an explanation of reasons for the requested exception.  Id. 133(b)(3).  Here, the pro se plaintiff has filed a written motion in which he requests access to the court's electronic filing system, as he has been having problems sending and receiving mail.  ECF No. 78.  However, plaintiff does not state whether he understands the requirements applicable to electronic filing in this court and is

---

[1] On June 19, 2015, defendants filed a notice of non-opposition to plaintiff's motion. ECF No. 79.

1

1 aware of the hardware and software needed for electronic filing. Before the court grants
2 plaintiff's request it must ensure that he can, in fact, use the electronic filing system available.
3     Accordingly, IT IS HEREBY ORDERED that plaintiff shall file, within ten days after this
4 order is served, a declaration in support of his June 17, 2015, request for permission to use the
5 court's electronic filing system.
6 DATED: June 22, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE