UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY C. RICHARDSON, | No. 2:12-cv-01931-GEB-AC |
| Plaintiff, | |
| v. | ORDER |
| SAM PETERSON, et al., | |
| Defendants. | |

    Pending before the court is pro se plaintiff's request for electronic document submission. ECF No. 78.  On June 22, 2015, the court ordered plaintiff to file a declaration in support of his motion within ten days, stating he understands the requirements applicable to electronic filing in this court and is aware of the hardware and software needed for electronic filing pursuant to Local Rule 133.  ECF No. 80.  Plaintiff has yet to file any such declaration.  Accordingly, THE COURT HEREBY ORDERS that plaintiff's motion for electronic document submission, ECF No. 78, is DENIED.

DATED: August 18, 2015

                                                                 ALLISON CLAIRE
                                                                  UNITED STATES MAGISTRATE JUDGE